JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**CENTRAL DIVISION**

| | |
|---|---|
| MAAMAR MAX SUSINI aka MAX SUSINI aka MAAMAR SUSINI | **Case No. 2:19-cv-02788-JFW-GJS** |
| Plaintiffs, | **ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES 1 to 10 | **HONORABLE JOHN F. WALTER** |
| Defendants. | |

The Court having considered the Parties' Joint Stipulation For Dismissal With Prejudice, good cause appearing therefore, the entire action is dismissed with prejudice.

**IT IS HEREBY ORDERED**.

DATED: June 21, 2019

_____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**